# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BROS, | Case No. 2:15-cv-02326-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AARON AGENCY, INC., | (Docket No. 15) |
| Defendant(s). | |

This matter is before the Court on the parties' failure to comply with the pending Order to Show Cause ("OSC"), issued on February 16, 2016. Docket No. 14. The OSC required the parties to either file a joint proposed discovery plan or, alternatively, show cause in writing why they failed to do so, no later than February 23, 2016. *Id*. at 2.

To date, neither party has complied with the Court's order. Plaintiff filed a proposed discovery plan, Docket No. 15, but it was not filed jointly. *See* Local Rule 26-1(d) (discovery plans must be submitted jointly). Therefore, it fails to discharge the pending OSC. Defendant simply did not respond to the OSC. *See* Docket.

When an attorney violates a Court order, he is subject to sanctions. *See, e.g.*, Fed. R. Civ. P. 16(f); Local Rule IA 4-1. Attorneys are not permitted to pick and choose those court orders they will follow based on their perceptions of whether the order is necessary. *See, e.g.*, *Wilson v. KRD Trucking West*, 2013 U.S. Dist. Lexis 31613, *11 (D. Nev. Mar. 6, 2013). Both counsel here have violated this Court's clear order at Docket No. 14.

Plaintiff is ORDERED to meet and confer with Defendant, in compliance with the Court's Local Rules, with regard to a joint proposed discovery plan. The Court reminds the parties that they are required to abide by all Federal and Local Rules of Procedure.

The parties are ORDERED to show cause, no later than noon on February 29, 2016, why they should not be sanctioned pursuant to the Court's inherent authority, Federal Rule of Civil Procedure 16(f), and/or Local Rule IA 4-1. Alternatively, the filing a joint proposed discovery plan will suffice to discharge this order to show case. Failure to do so may result in sanctions.

IT IS SO ORDERED.

DATED: February 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2