1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9            **DISTRICT OF NEVADA**
10
11   DEREK BROS,                                  )
                                                  )   Case No. 2:15-cv-02326-JAD-NJK
                       Plaintiff(s),              )
12                                                )   ORDER
     vs.                                          )
13                                                )   (Docket No. 38)
     AARGON AGENCY, INC.,                         )
14                                                )
                       Defendant(s).              )
15   _____)

16         "[W]e expect an attorney practicing in federal court to become familiar with and follow rules

17   applicable to practice in this court."  *See, e.g., Dela Rosa v. Scottsdale Memorial Health Sys., Inc.*, 136

18   F.3d 1241, 1244 (9th Cir. 1998).  As the Court has already pointed out in this case only a few weeks ago,

19   "stipulations must be signed by all counsel."  Docket No. 37 (citing Local Rule 7-1(a)).  Moreover, an

20   electronic signature or handwritten signature must be provided for the filing attorney.  *See, e.g.*, Local

21   Rule IC 5-1(a), (b).  The pending stipulation for a settlement conference is not signed by any counsel.

22   *See* Docket No. 38 at 2.[1]  Accordingly, that stipulation is **DENIED** without prejudice.

23         In light of Plaintiff's counsel's inability to comply with the basic rules of this Court, even after

24   they have been expressly enumerated in a Court order, the Court further **ORDERS** Daniel Zemel to read

25   the local rules that became effective on May 1, 2016 in their entirety.  Mr. Zemel shall file a declaration

26

27   _____

28         [1] In addition, the stipulation was docketed by counsel with the incorrect CM/ECF event, as it was
     docketed as a motion rather than a stipulation.

indicating that he has read the local rules by no later than July 18, 2016.  Plaintiff and Plaintiff's counsel are further cautioned that they are expected to comply with all applicable rules and orders, and that the failure to do so in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: July 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge